ACCEPTED
03-14-00539-CR
4077767
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 3:41:22 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00539-CR

| | |
|---|---|
| DENNIS DWIGHT GALINDO | IN THE |
| V. | THIRD COURT OF APPEALS |
| THE STATE OF TEXAS | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 3:41:22 PM
JEFFREY D. KYLE
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty of Assault on a Family Member with a Previous Conviction for Assault / Enhanced, a Third Degree felony enhanced to a Second Degree felony, and the Judge assessed punishment at 10 years confinement in the Texas Department of Criminal Justice on June 24, 2014. Appellant filed Notice of Appeal on August 29, 2014. Appellant's brief was filed on December 22, 2014. The State's brief was currently due on January 21, 2015.

II.

The State has not requested an extension in this case prior to this request.

III.

The State requests this extension of time due to the following: Counsel for the State did not receive Appellant's brief. Counsel for the State is currently preparing for a non death penalty capital murder jury trial in State v. Daniel Uvalle, Cause Number A-13-1053-SA, which is set to begin February 17, 2015. Additionally, Counsel for the State has been involved in prosecution of cases including contested hearings, pretrial hearings,

grand jury presentation, negotiations with opposing counsel, guilty pleas and other hearings in numerous additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of time to March 30, 2015, in which to file State's Brief.

Respectfully submitted,

Meagan White
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
(325) 659-6583
State Bar No. 24072092

SWORN TO AND SUBSCRIBED before me by the said Meagan White, this 9th day of February, A. D. 2015.

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 9th day of February, 2015, delivered to Todd L. Alvey, Attorney for Appellant, through e-file.txcourts.gov.

Meagan White